IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STONEY LYNN HUNT,

        Petitioner,               No. CIV S-09-1579 GGH P

    vs.

MATTHEW CALE,                 ORDER AND

        Respondent.           FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. Conway v. Fugge, 439 F.2d 1397 (9th Cir. 1971). The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" Franklin, 745 F.2d at 1227 (citations omitted).

        Petitioner's petition was filed with the court on June 8, 2009. The court's own records reveal that on June 4, 2009, petitioner filed a petition containing virtually identical allegations

1

1   against the same respondents.  (No. Civ. S-09-1540 EFB P).[1]  Due to the duplicative nature of the
2   present action, the court finds it frivolous and, therefore, will dismiss the petition.  28 U.S.C.
3   § 1915(d).
4         IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to
5   this action; and
6         IT IS HEREBY RECOMMENDED that this action be dismissed.
7         These findings and recommendations are submitted to the District Judge assigned to
8   this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served
9   with these findings and recommendations, petitioner may file written objections with the court.  The
10  document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
11  Petitioner is advised that failure to file objections within the specified time may waive the right to
12  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
13  DATED: June 15, 2009

15        s/s Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE
16  GGH:mp
    hunt1579.123

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).