IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STONEY LYNN HUNT,

    Petitioner,               No. CIV S-09-1579 GGH P

  vs.

MATTHEW CALE, et al.,

    Respondent.             ORDER

_____/

        On June 17, 2009, the court recommended that this action be dismissed as duplicative of CIV S-09-1540 EFB P. On June 22, 2009, petitioner filed a letter with the court stating that he did not intend to file the instant action. Petitioner states that the Clerk of the Court mistakenly opened this action with a copy of the petition he filed in CIV S-09-1540 EFB P. The court construes petitioner's June 22, 2009, letter to contain a request to voluntarily dismiss this action.

        Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed. See also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254. Accordingly, the Clerk of Court shall close this case.

DATED: July 20, 2009                /s/ Gregory G. Hollows

hunt1579.vol                           UNITED STATES MAGISTRATE JUDGE

1